LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@wpdslaw.com
JO ANN MONTOYA - State Bar No. 131310
jmontoya@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff
PHILADELPHIA INDEMNITY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEPHOUSE RECOVERY, INC.; GEORGE VILAGUT; MICHAEL BARKER,<br><br>Defendants. | Case No.: 8:18-cv-00564-CJC-DFM<br><br>**STIPULATION RE DISMISSAL OF MICHAEL BARKER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**<br><br>Filing Date:       April 4, 2018 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Philadelphia Indemnity Insurance Company and Defendants George Vilagut and Stephouse Recovery, Inc., through their counsel of record, hereby stipulate as follows:

WHEREAS the underlying lawsuit against Stephouse Recovery, Inc. settled and as a result, Michael Barker is no longer a party that needs to be bound by the outcome of this action;

WHEREAS the parties now wish to dismiss Michael Barker from this action;

IT IS HEREBY STIPULATED by and between the parties appearing in this action to dismiss defendant Michael Barker from this action.

1

[CASE NO.:  8:18-CV-00564-CJC-DFM]
[STIPULATION RE DISMISSAL OF MICHAEL BARKER]

598302.1

1  IT IS SO STIPULATED:

3  DATED: July 18, 2018            Respectfully submitted,

4                                  WOOLLS PEER DOLLINGER & SCHER
                                   A Professional Corporation

6                                  /s/ Lisa Darling-Alderton
                                   LISA DARLING-ALDERTON
7                                  JO ANN MONTOYA
                                   Attorneys for Plaintiff
8                                  PHILADELPHIA INDEMNITY
                                   INSURANCE COMPANY

10 DATED: July 18, 2018            Respectfully submitted,

11                                 COOKSEY, TOOLEN, GAGE, DUFFY &
                                   WOOG
12                                 A Professional Corporation

14                                 /s/ David R. Cooksey
                                   DAVID R. COOKSEY
15                                 Attorneys for Defendants
                                   GEORGE VILAGUT AND STEPHOUSE
16                                 RECOVERY, INC.

2