# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **STEPHOUSE RECOVERY, INC., GEORGE VILAGUT, and MICHAEL BARKER,** <br><br> **Defendants.** | Case No.: 8:18-cv-00564-CJC-DFM <br><br><br> **JUDGMENT** |

Based on this Court's Order entered on June 13, 2019 [Dkt. 27],

**IT IS HEREBY ORDERED, ADJUGED AND DECRED** that judgment is entered in favor of Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and against Defendants Stephouse Recovery, Inc. ("Stephouse") and George Vilagut ("Vilagut") as follows:

1.    Under the third cause of action in the Complaint, Philadelphia is entitled to declaratory relief that it owed no duty under the 2014 Policy to indemnify Stephouse and Vilagut in the underlying *Barker* action.

2. Under the fourth cause of action in the Complaint, Philadelphia is entitled to recoup from Stephouse and Vilagut the $1 million Philadelphia paid on behalf of both Stephouse and Vilagut to settle the *Barker* action, plus interest from the date of payment (May 16, 2018).

3. Philadelphia is entitled to recover its costs in this action.

**IT IS SO ORDERED**.

DATED: June 19, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE