UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHOUSE RECOVERY, INC.; GEORGE VILAGUT; MICHAEL BARKER,<br><br>    Defendants. | Case No.:  8:18-cv-00564-WLH-DFM<br><br>**FINAL JUDGMENT** |

Based on this Court's Orders entered on June 13, 2019 [Dkt. 27], July 23, 2024 [Dkt. 98] and September 5, 2024 [Dkt. 103],

IT IS HEREBY ORDERED, ADJUGED AND DECRED that judgment is entered in favor of Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and against Defendants Stephouse Recovery, Inc. ("Stephouse") and George Vilagut ("Vilagut") jointly and severally as follows:

1. Under the third cause of action in the Complaint, Philadelphia is entitled to declaratory relief that it owed no duty to indemnify Stephouse and Vilagut in the underlying *Barker* action.

2. Under the fifth cause of action in the Complaint, Philadelphia is entitled to recoup from Stephouse and Vilagut the $1 million Philadelphia paid on behalf of both

Stephouse and Vilagut to settle the *Barker* action, plus interest at the rate of 10% per annum starting from the date of payment, May 16, 2018.

3. Both parties bear their own costs of suit.

DATED: 9/12/24          By: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE